24327

William F. GARDNER, Petitioner v. Jason C. TRAVIS, Respondent.

(463 S.E. (2d) 94)

Supreme Court

---

*Charles S. Altman* and *Edward A. Frazier* of *Finkel, Goldberg, Sheftman & Altman,* Columbia, *for petitioner.*

*Heyward Johnson,* Charleston, *for respondent.*

Heard Oct. 3, 1995.

Decided Oct. 16, 1995.

*Per Curiam:*

We granted a writ of certiorari to review the Court of Appeals' opinion in *Gardner v. Travis,* — S.C. —, 450 S.E. (2d) 54 (Ct. App. 1994). We dismiss the writ as improvidently granted.